71 A.3d 247

**COMMONWEALTH of Pennsylvania ex rel. John H. DANERI, Appellee**

v.

**Ebert Gordon BEEMAN, Appellant.**

Supreme Court of Pennsylvania.

July 5, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of July, 2013, upon consideration of the Motion to Quash Appeal filed on behalf of the Commonwealth, the appeal is dismissed as untimely filed.